**VAN–063** Order Dismissing Case – Rev. 03–11–2003

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

IN RE:
Geoffrey Henderson Simmons
135 Strolling Way
Durham, NC 27707

CASE NO.: 18–00093–5–DMW

DATE FILED: January 8, 2018

CHAPTER: 13

ORDER OF DISMISSAL

The court finds that Geoffrey Henderson Simmons has/have failed to comply with the provisions of the confirmed chapter 13 plan or to obtain confirmation of a plan. Cause exists to dismiss this case as to this debtor(s). Should Geoffrey Henderson Simmons file another petition within one year, the automatic stay may be limited to 30 days or may not go into effect absent a motion and order imposing or extending the automatic stay. Now therefore,

IT IS ORDERED that this case is dismissed as to Geoffrey Henderson Simmons and all funds held by the trustee shall be disbursed to the appropriate parties as required by the Bankruptcy Code, Federal Rules of Bankruptcy Procedure and the local rules of this court.

DATED: October 2, 2018

David M. Warren
United States Bankruptcy Judge